David A. St. John, Esq. 048746
**ST. JOHN LAW OFFICES**
309 South A Street
Oxnard CA 93030-5038
(805) 486-8000 / fax (805) 486-8855
dsj@law-pro.net
Attorney for Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>SYLVIA JIMENEZ,<br><br><br><br>Debtor(s). | CASE NUMBER 10-18065-MM11<br><br>CHAPTER 11<br><br>DEBTOR-IN-POSSESSION<br>MONTHLY PROPERTY REPORT FOR<br>410 Montgomery St Property, Chula Vista CA<br>for the month of <u>Octoberr 2010</u> |

TO:   THE HONORABLE MARGARET M. MANN
      UNITED STATES BANKRUPTCY JUDGE

     The Debtor-In-Possession hereby files its monthly Property Report for the referenced property pursuant to the United States Trustee's Operating and Reporting Requirements for Chapter 11 cases.

DATED: January 25, 2011

                                                    Attorney for Debtor-In-Possession

Debtor-in-Possession Monthly Operating Report - Page 1 of 1

David A. St. John
ST JOHN LAW OFFICES
309 South A Street
Oxnard California 93030-5038
(805) 486-8000 ● (805) 486-8855 fax
dsj@law-pro.net
048746)

*Attorney for* Debtor

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re:

Sylvia Jimenez,

                Debtor.

Case No. 10-18065-MM11

**PROPERTY OPERATING STATEMENT FOR THE MONTH ENDING**

_October-2010_

**Property Address:** 410 A Montgomery St
Chula Vista CA 91911

1. Beginning Balance          $ _0_
2. Total receipts             $ _0_
3. Total Disbursements        $ _0_
4. Ending Balance             $ _0_
5. Property Account Number    _1534671197890 - General Account._
6. Depository Name and Location  _US Bank Chula Vista office_
   _Separate property Acct #_
   _open 1-24-11 will be reflected Jan-2011 report_

| Unit | Tenant | Term | Rental Amt | Paid |
|---|---|---|---|---|
| 410 | Sylvia Jimenez | Occupany debtor | 0 | 0 |
| 410A | Jose Rodriguez | month-to-month | paid oct 1 pre petition | 0 |
| Studio | Manuel Gonzalez | occupied by debtors father | 0 | 0 |

                                              **Total Rental Income**    _0_

-1-

**Monthly Expenses:**

Advertising

Cleaning Expenses

Gardening

Gas, Electricity, Fuel

Insurance*

License / Accounting / Legal & Audit

Management Fees (incl. leasing expenses

Painting &

Payroll / Salary

Pest Control

Repair & Maintenance

Security

Supplies

Taxes*

Telephone

Trash

Water & Sewer

Other Expenses: _____

(please specify) _____

*All monthly expenses paid by occupants*

Mortgage: *Modification Application pending*

Total Disbursements: _____

Notes: explain any large expenses or other unusual items:

---

## VERIFICATION

I, Sylvia Jimenez (debtor), declare under penalty of perjury that I have fully read and understood the foregoing debtor–in possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Date: 1-27-11

_Sylvia Jimenez_
Sylvia Jimenez

-2-