David A. St. John, Esq. 048746
**ST. JOHN LAW OFFICES**
309 South A Street
Oxnard CA 93030-5038
(805) 486-8000 / fax (805) 486-8855
dsj@law-pro.net
Attorney for Debtor-In-Possession

<br>

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>SYLVIA JIMENEZ,<br><br><br><br>Debtor(s). | CASE NUMBER 10-18065-MM11<br><br>CHAPTER 11<br><br>DEBTOR-IN-POSSESSION<br>MONTHLY PROPERTY REPORT FOR<br>618-640 M Ave, National City CA for the<br>month of <u>December 2010</u> |

TO:   THE HONORABLE MARGARET M. MANN
      UNITED STATES BANKRUPTCY JUDGE

    The Debtor-In-Possession hereby files its monthly Property Report for the referenced property pursuant to the United States Trustee's Operating and Reporting Requirements for Chapter 11 cases.

DATED: January 25, 2011

                                                      _____
                                                      Attorney for Debtor-In-Possession

David A. St. John
ST JOHN LAW OFFICES
309 South A Street
Oxnard California 93030-5038
(805) 486-8000 ● (805) 486-8855 fax
dsj@law-pro.net
048746)

*Attorney for* Debtor

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re:

Sylvia Jimenez,

                Debtor.

Case No. 10-18065-MM11

**PROPERTY OPERATING STATEMENT FOR THE MONTH ENDING**

December 2010

Property Address: 618-640 M Avenue
National City CA 91950

*Open 1-24-11 will be repeated Jan 2011 - Report*

1. Beginning Balance — $ 1,079.00
2. Total receipts — $
3. Total Disbursements — $ 1,303.00
4. Ending Balance — $ 3,106.00
5. Property Account Number — 153467197890 General Account
6. Depository Name and Location — US bank Chula Vista Office
   Separate property Acc# 153467811870 →

| Unit | Tenant | Term | Rental Amt | Paid |
|---|---|---|---|---|
| 618 | Tanisha Jackson | Month-Month | 800.00 | 474.00 |
| 620 | Patrick Jean | Evicted | 800.00 | 0 |
| 622 | Horacio Guerrero | Month-Month | 735.00 | 735.00 |
| 626 | Francisco Lopez | Month-Month | 800.00 | 800.00 |
| 630 | Liliana Cervantes | Month-Month | 800.00 | 800.00 |
| 632 | Sheila Bracks | Evicted | 800.00 | 0 |
| 636 | Loraine Luccious | Month-Month | 800.00 | 800.00 |
| 638 | Alisha Meals | Month-Month | 800.00 | 800.00 |
| 640 | Vacancy | | | |

Total Rental Income — 4,409.00

-1-

**Monthly Expenses:**

| Expense | Amount |
|---|---|
| Advertising | |
| Cleaning Expenses | |
| Gardening | |
| Gas, Electricity, Fuel | 45 00 |
| Insurance* | |
| License / Accounting / Legal & Audit | |
| Management Fees (incl. leasing expenses | |
| Painting & | |
| Payroll / Salary | |
| Pest Control | |
| Repair & Maintenance | 500 00 |
| Security | |
| Supplies | |
| Taxes* | |
| Telephone | |
| Trash | 208 00 |
| Water & Sewer | |
| Other Expenses: Flooding Cleaning | 300 00 |
| (please specify) Eviction | 250 00 |
| Mortgage: pending confirmation | |
| **Total Disbursements:** | 1,303 00 |

Notes: explain any large expenses or other unusual items:

---

## VERIFICATION

I, Sylvia Jimenez (debtor), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Date: 1-25-2011

Sylvia Jimenez

-2-