David A. St. John, Esq. 048746
**ST. JOHN LAW OFFICES**
309 South A Street
Oxnard CA 93030-5038
(805) 486-8000 / fax (805) 486-8855
dsj@law-pro.net
Attorney for Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>SYLVIA JIMENEZ,<br><br><br><br>Debtor(s). | CASE NUMBER 10-18065-MM11<br><br>CHAPTER 11<br><br>DEBTOR-IN-POSSESSION<br>MONTHLY OPERATING REPORT<br>FOR THE MONTH OF<br>December  2010 |

TO:    THE HONORABLE MARGARET M. MANN
       UNITED STATES BANKRUPTCY JUDGE

The Debtor-In-Possession hereby files its monthly Operating Report pursuant to the United States Trustee's Operating and Reporting Requirements for Chapter 11 cases.

DATED: January 25, 2011

_____
Attorney for Debtor-In-Possession

Debtor-in-Possession Monthly Operating Report - Page 1 of 1

**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF CALIFORNIA**

In Re:

*Sylvia Jimenez*

Debtor(s).

CHAPTER 11 (BUSINESS)

CASE NO. *10-18065-MM11*
**OPERATING REPORT NO.** _____
FOR THE MONTH ENDING:
*DECEMBER - 2010*

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                    $ _____

2. LESS:    TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
              ACCOUNT REPORTS                                            $ _____

3. BEGINNING BALANCE:                                                     $ _____

4. RECEIPTS DURING CURRENT PERIOD:

   ACCOUNTS RECEIVABLE - PRE-FILING        $ _____
   ACCOUNTS RECEIVABLE - POST-FILING       $ _____
   GENERAL SALES                           $ _____
   OTHER (SPECIFY) _____              $ _____
   OTHER ** (SPECIFY) _____           $ _____

                              TOTAL RECEIPTS THIS PERIOD: $ _____
5. BALANCE:                                               $ _____

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

   TRANSFERS TO OTHER DIP ACCOUNTS    $ _N/A_
   DISBURSEMENTS                      $ _____
   TOTAL DISBURSEMENTS THIS PERIOD ***:              $ _3,124.98_

7. ENDING BALANCE:                                   $ _22,844.87_

8. GENERAL ACCOUNT NUMBER _153467197590_
   DEPOSITORY NAME AND LOCATION _U.S.Bank Chula Vista office_

---

\* *All receipts must be deposited into the general account.*
\*\* *Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.*
\*\*\* *This amount should be the same as the total from page 2.*

Debtor-in-Possession Monthly Operating Report (Business) - Page 1 of 13

ORR-page 21 (rev. 03/01/08)

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 12-08-10 | Debit | Cricket | Cell | $ 47.08 |
| 12-10-10 | Debit | Southwest College | Enrolment | $ 282.50 |
| 12-10-10 | Debit | w/atm | 626 "M" Ave Cleaning Flooring | $ 300.00 |
| 12-13-10 | Debit | Costco | Groceries | $ 48.58 |
| 12-15-10 | 1016 | EDCO Disposal | "M" Ave 6-18-640 | $ 208.80 |
| 12-15-10 | 1017 | Cox Com | Internet/phone | $ 85.00 |
| 12-15-10 | 1018 | Alie Waste | Waste 410 Montgomery | $ 40.00 |
| 12-15-10 | 1019 | 21 Century | Cars insurance | $ 209.00 |
| 12-15-10 | 1020 | SDGE | Electricity 410 Montgomery | $ 66.00 |
| 12-15-10 | 1021 | SDGE | "M" Ave | $ 45.00 |
| 12-17-10 | 1015 | City of San Diego | Water Newton | $ 325.00 |
| 12-20-10 | Debit | Northgate | Groceries | $ 62.42 |
| 12-21-10 | Debit | AT1 | Cell | $ 60.00 |
| 12-23-10 | Debit | Costco | Groceries | $ 61.30 |
| 12-27-10 | Debit | Costco | Groceries | $ 116.47 |
| 12-28-10 | 1022 | David Owens lawyer | Eviction "M" Ave 620 | $ 250.00 |
| 12-27-10 | withdraw from teller | Gasoline | | $ 250.00 |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

TOTAL DISBURSEMENTS THIS PERIOD: $ 2,452.35

*Add additional pages as necessary to include all disbursements.*

## GENERAL ACCOUNT
## BANK RECONCILIATION*

Balance per bank statement dated: ___ Nov - 25-2010 ___        $ _13,724.50_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| Dec- 8-2010 | $ 11,075.29 |
| Dec- 10-2010 | 1,170.00 |
| Dec- 17-2010 | 1,003.68 |
| Dec- 29-2010 | 290.00 |

Total deposits in transit        13,538.97

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1016 | 12-15-10 | 208.00 |
| 1017 | 12-15-10 | 85.00 |
| 1018 | 12-15-10 | 40.00 |
| 1019 | 12-15-10 | 209.00 |
| 1020 | 12-15-10 | 66.00 |
| 1021 | 12-15-10 | 45.00 |
| 1015 | 12-17-10 | 325.00 |
| 1022 | 12-28-10 | 250.00 |

Card with draw/s  837.81
other withdraws  129.00
cHecc # 1006  1,118.00

✓ cleared ad.  2,158.00

Total outstanding checks        < 1,228.00 >

Bank statement adjustments**        3,124.92

Adjusted bank balance        $ 22,844.87

* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
** Please attach a detailed explanation of any bank statement adjustment.

ORR-page 23 (rev. 03/01/08)

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| E.M.C | | 2,261.59 | 3 | 6,784.05 |
| Wei.ssm | | 450.00 | 3 | 1,350.- |
| Mealy's Rental | | 565.00 | 4 | 2,260.- |
| Chase | Disputed | 996 | | |
| Home Bank of Calif | | 4,292.43 | 3 | 12,3... |

**TOTAL DUE** | |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:
GROSS SALES SUBJECT TO SALES TAX  $ _____
TOTAL WAGES PAID  $ _____

| | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | $ | $ | |
| STATE WITHHOLDING | $ | $ | |
| FICA - EMPLOYER'S SHARE | $ | $ | |
| FICA - EMPLOYEE'S SHARE | $ | $ | |
| FEDERAL UNEMPLOYMENT | $ | $ | |
| STATE WITHHOLDING | $ | $ | |
| SALES AND USE | $ | $ | |
| REAL PROPERTY | $ | $ | |
| OTHER: (SPECIFY) | $ | $ | |
| TOTAL: | $ | $ | |

Debtor-in-Possession Monthly Operating Report (Business) - Page 8 of 13

ORR-page 30 (rev. 03/01/08)

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| Lost mrtg | | | 24 | |
| Litton loan services | | 2,804.00 | 3 | 8,412.00 |
| Specialized loan | | 488.00 | 3 | 1,464.00 |
| G-MAC | | 1,257.00 | 3 | 3,771.50 |
| | | | | |

|  |  |  | **TOTAL DUE** | |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:
  GROSS SALES SUBJECT TO SALES TAX          $ _____
  TOTAL WAGES PAID          $ _____

| | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | $ | $ | |
| STATE WITHHOLDING | $ | $ | |
| FICA - EMPLOYER'S SHARE | $ | $ | |
| FICA - EMPLOYEE'S SHARE | $ | $ | |
| FEDERAL UNEMPLOYMENT | $ | $ | |
| STATE WITHHOLDING | $ | $ | |
| SALES AND USE | $ | $ | |
| REAL PROPERTY | $ | $ | |
| OTHER: (SPECIFY) | $ | $ | |
| TOTAL: | $ | $ | |

Debtor-in-Possession Monthly Operating Report (Business) - Page 8 of 13

ORR-page 30 (rev. 03/01/08)

## IV.  AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

|  | ACCOUNTS PAYABLE* (POST-PETITION ONLY) | ACCOUNTS RECEIVABLE Pre-Petition | Post-Petition |
|---|---|---|---|
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTALS: |  |  |  |

## V.  INSURANCE COVERAGE

|  | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |  |
|---|---|---|---|---|---|
| General Liability ✓ | FARMERS 415 fremont | 463²⁰ | 3-13-201 | 3-13-201 | ul |
| Worker Compensation | FARMERS 410 Montgomery | 1,158 96 | 8-06-2011 | 8-06-201 |  |
| Casualty | FARMERS 618-620 F St. | 1,828·29 | 2-01-2011 | 2-01-201 |  |
| Vehicle ✓ | FARMERS 4833 4830 Ravel | 710.70 | 4-13-201 | 2-13-201 | NR |
| _____ | FARMERS 326 BEAON | 773·69 | 3-21-201 | 2-21-201 | NP. |
| _____ | 21 CENTURY VEHICLES | 209¹⁰ | 1-18-2011 | 1-19-2011 |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES (TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

*  Post-Petition Accounts Payable should not include professionals' fees and expenses which have been incurred but not yet awarded by the Court. Post-Petition Accounts Payable should include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period of the report.

Debtor-in-Possession Monthly Operating Report (Business) - Page 9 of 13

## XI. QUESTIONNAIRE

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?

    _____/_____ No.

    _____ Yes. Explain _____

    _____

2.  Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

    _____✓_____ No.

    _____ Yes. Amount, to whom, and for what period? _____

    _____

3.  State what progress was made during the reporting period toward filing a plan of reorganization:

    _Completing operating reports_

    _submitted Claims Bar Application to Trustee and_

    _filed with Court. Obtaining appraisals,_

4.  Describe potential future developments which may have a significant impact on the case.

    _AP case against Jose Ortega for interfering with_

    _with Tenants at M Ave property_

    _____

    _____

    _____

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6.  Did you receive any exempt income this month, which is not set forth in the operating report?

    _____✓_____ No.

    _____ Yes. Please set forth the amounts and the source of the income.

    _____

    _____

    _____

I, _Sylvia Jimenez_ (Name and title), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Date: _Jan 25, 2011_                    _Sylvia Jimenez_
                                         Principal for debtor-in-possession



# usbank®

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

| 1017 | TRN | | X | ST01 |

**Uni-Statement**

Account Number:
1 534 6719 7890
Statement Period:
Nov. 25, 2010
through
Dec. 23, 2010

Page 1 of 3



000088268 1 AT 0.357 106481886798865 P
SILVIA JIMENEZ
410 MONTGOMERY ST
CHULA VISTA   CA 91911-5713

☎ _____  *To Contact U.S. Bank*

*By Phone:*                  *1-800-US BANKS*
                             *(1-800-872-2657)*

*Telecommunications Device*
*for the Deaf:*             *1-800-685-5065*

*Internet:*                  *usbank.com*

## INFORMATION YOU SHOULD KNOW

At U.S. Bank, we place your privacy and the security of your accounts and personal information as a top priority. As permitted by the Internal Revenue Service, to further protect your personal information, we will provide only the last 4 digits of your personal tax identification number on any IRS Form 1099-INT you may receive for this account in the future.

Effective February 14, 2011, the following fees will be increasing.
Statements with Check Images will be assessed a fee of $2 per statement cycle. Statements with Check Return will be assessed a fee of $6 per statement cycle.

Additionally, Non-U.S. Bank ATM transactions will be assessed a fee of $2.50 for each ATM transaction that occurs at a Non-U.S. Bank ATM*, including withdrawals, balance inquiries, denied transactions, funds transfers, and deposits. Unless the ATM fee is waived as part of a designated checking account or an account package waiver.

*ATMs not identified as "U.S. Bank" ATMs may assess an additional access fee. Other ATM owners may assess different surcharge fees unless the ATM it is owned by a member of the MoneyPass® ATM Network member.  To find MoneyPass ATM locations, please visit www.moneypass.com.

## SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | | Balance | Page |
|---|---|---|---|---|
| U.S. Bank Silver Checking | 1-534-6719-7890 | $ | 22,844.87 | 1 |
| Package Money Market Savings | 2-534-5789-9180 | | 1,028.71 | 3 |
| | **Total Deposit Balances** | **$** | **23,873.58** | |

## U.S. BANK SILVER CHECKING
U.S. Bank National Association

*Member FDIC*
**Account Number 1-534-6719-7890**

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Nov. 25 | $ | 13,724.50 | | |
| Deposits / Credits | | 12,245.29 | Number of Days in Statement Period | 29 |
| Card Withdrawals | | 837.81- | | |
| Other Withdrawals | | 129.00- | | |
| Checks Paid | | 2,158.11- | | |
| **Ending Balance on Dec. 23, 2010** | **$** | **22,844.87** | | |

## Reward Program Summary

All Rewards shown are as of Dec. 23, 2010



**usbank**

SILVIA JIMENEZ
410 MONTGOMERY ST
CHULA VISTA  CA 91911-5713

**Uni-Statement**
Account Number:
1 534 6719 7890
Statement Period:
Nov. 25, 2010
through
Dec. 23, 2010

Page 2 of 3



## U.S. BANK SILVER CHECKING
U.S. Bank National Association

**(CONTINUED)**
**Account Number 1-534-6719-7890**

| FlexPerks Cash Rewards Visa® Check Card | | Check Card Number: *1098 | | Flex Perks | |
|---|---|---|---|---|---|
| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem | Package Bonus Rewards Program to Date |
| 10/26/2010 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**Package Bonus Rewards are included in Rewards Earned Program to Date.**

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Dec. 8 | Deposit | 7534776774 | $ | 11,075.29 |
| Dec. 10 | Deposit | 7336450105 | | 1,170.00 |
| | **Total Deposits / Credits** | | **$** | **12,245.29** |

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Card Number xxxx-xxxx-xxxx- 1098 | | | | | |
| Dec. 10 | Visa Purchase (Non-PIN) SOUTHWESTERN COM | On 120810 619-4826345  CA REF # 24388940343670379076 US1 | 3670379076 | $ | 282.50- |
| Dec. 10 | ATM Withdrawal | US BANK CHULA VI CHULA VISTA  CA Serial No. 003902140237SUS4N887 | | | 300.00- |
| Dec. 14 | Purchase w PIN 076098 | COSTCO WHSE #078 CHULA VISTA CA On 121310 ILNKILNK REF 034718076098 | 9812131741 | | 192.89- |
| Dec. 20 | Purchase w PIN 675149 | NORTHGATE SUPERM CHULA VISTA CA On 122010 ILNKILNK REF 035414675149 | 4912201349 | | 62.42- |
| | **Card  1098 Withdrawals Subtotal** | | | **$** | **837.81-** |
| | **Total Card Withdrawals** | | | **$** | **837.81-** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec. 13 | Returned Deposited Item | Fee | 1000104917 | $ | 19.00- |
| Dec. 13 | Deposited Item Returned | | 1000104917 | | 110.00- |
| | **Total Other Withdrawals** | | | **$** | **129.00-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1008 | Dec. 1 | 8890175868 | 1,180.00 | 1019* | Dec. 23 | 8997201547 | 209.00 |
| 1015* | Dec. 22 | 8996297914 | 325.00 | 1020 | Dec. 21 | 9196261580 | 66.00 |
| 1016 | Dec. 22 | 8996346288 | 208.00 | 1021 | Dec. 21 | 9196261581 | 45.00 |

| * Gap in check sequence | **Conventional Checks Paid ( 6 )** | **$** | **2,033.00-** |
|---|---|---|---|

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 1017 | Dec. 22 | | 85.11 | CHECK PYMT | Cox Comm - SAN |
| 1018 | Dec. 22 | | 40.00 | CHECK PYMT | Allied Waste Svc |

| | **Electronic Checks Paid ( 2 )** | **$** | **125.11-** |
|---|---|---|---|
| | **Total Checks Paid** | **$** | **2,158.11-** |



SILVIA JIMENEZ
410 MONTGOMERY ST
CHULA VISTA  CA 91911-5713

**Uni-Statement**
Account Number:
1 534 6719 7890
Statement Period:
Nov. 25, 2010
through
Dec. 23, 2010

Page 3 of 3

## U.S. BANK SILVER CHECKING     (CONTINUED)
U.S. Bank National Association      **Account Number  1-534-6719-7890**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Dec. 1 | 12,544.50 | Dec. 13 | 24,078.29 | Dec. 21 | 23,711.98 |
| Dec. 8 | 23,619.79 | Dec. 14 | 23,885.40 | Dec. 22 | 23,053.87 |
| Dec. 10 | 24,207.29 | Dec. 20 | 23,822.98 | Dec. 23 | 22,844.87 |

Balances only appear for days reflecting change.

Order your FREE online Annual Check Card Summary today! The summary provides a comprehensive record of all your 2010 transactions organized into categories for easy identification. It's a great tool for household budgeting, tax preparation & expense management. To order, login to your account at usbank.com, select your check card account from "My Accounts" and click "Order your FREE Annual Account Summary" by December 31, 2010.

## PACKAGE MONEY MARKET SAVINGS      *Member FDIC*
U.S. Bank National Association      **Account Number  2-534-5789-9180**

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on  Nov. 25 | $ | 25.00 | | |
| Deposits / Credits | | 1,003.71 | Annual Percentage Yield Earned | 0.14% |
| | | | Interest Earned this Period    $ | 0.03 |
| **Ending Balance on  Dec. 23, 2010** | **$** | **1,028.71** | Interest Paid this Year    $ | 0.03 |
| | | | Number of Days in Statement Period | 29 |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Dec. 17 | Electronic Deposit | From SWEETWATER UNION | | $   1,003.68 |
| | REF=10349014130217 N | PAYROLL  6956000934 | | |
| Dec. 23 | Interest Paid | | 2300072181 | 0.03 |
| | | | **Total Deposits / Credits    $** | **1,003.71** |