| | | |
|---|---|---|
| NTF<br>Rev. 11/07 | **United States Bankruptcy Court**<br>Southern District of California<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991 | Telephone: 619–557–5620<br>Website: www.casb.uscourts.gov<br>Hours: 9:00am–4:00pm Monday–Friday |

**Sylvia Jimenez**
 410 Montgomery Street
Chula Vista, CA 91911–5713
xxx–xx–7461
*No Known Aliases*

Case number:  10–18065–MM11
Chapter:  11
Judge  Margaret M. Mann

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **58** filed on: **2/18/11**     Title of Document: **Request for Hearing on Motion For Relief from Automatic Stay RS # JCK–1**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Other reason––See OTHER section below.**

<u>ACTION TAKEN BY COURT</u>

☑ Aty/Debtor(Pro Se)/Movant contacted on **2/21/11**     via  ☐ Tel/Voice Mail      ☐ Email   ☑ Mail or Other

<u>ACTION REQUIRED BY FILER</u>

**Other action––See OTHER section below.**

**OTHER: Documents may not be grouped under one document type. Please re–docket the Opposition to Motion for Relief From Stay and Declaration as a separate docket entry. Please see the Attorney On–Line Manual for further reference at www.casb.uscourts.gov.**

Dated: 2/22/11

Barry K. Lander
Clerk of the Bankruptcy Court