David A. St. John (048746)
ST. JOHN LAW OFFICES
309 SOUTH A Street
Oxnard CA 93030-5804
(805) 486-8000 - (805) 512-7318 fax
dsj@law-pro.net

*Attorneys for* SYLVIA JIMENEZ

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>SYLVIA JIMENEZ,<br><br>        Debtor. | Case No. 10-18065-MM11<br><br>**DECLARATION OF SYLVIA JIMENEZ IN OPPOSITION TO MOTION OF HOME BANK OF CALIFORNIA TO LIFT STAY**<br><br>Date:  March 3, 2011<br>Time:  3:00 pm<br>Dept:  1, Room 218 |

I Sylvia Jimenez declare:

1.       I am the Debtor in this Chapter 11 Proceeding. I make this declaration in support of Opposition to Motion to Lift Stay. The facts stated herein are within my personal knowledge and if called as a witness I would competently testify thereto.

2.       My husband, Juan Carlos, and I own the subject property in fee simple. For purposes of adequate protection, I accept Movant's valuation of the property of $660,000, or $669,000 market approach as shown on page 9 of the appraisal report, Exhibit C to the Motion. Movant's claim is $583,000, for $77,000 to $86,000 in equity.

3.       As of the date of filing the petition, I was one mortgage payment behind. I fell behind in property taxes because of trouble I was having with other obligations. My husband was managing the properties. I recognized the need for stronger management and took over with the

1 assistance of my mother, Martha Morfin, who successfully manages her own property. We began
2 a program of evicting nonpaying tenants and requiring strict compliance of paying tenants.

3     4.    I was forced to file an emergency bankruptcy petition on October 10, 2010,
4 because one, Jose Ortega, began to interfere with our tenants. Mr. Ortega, our former real estate
5 agent, claims a junior lien on the property of $110,000 which I dispute. After I filed the case, Mr.
6 Ortega continued post-petition to contact tenants, to post notices on their units and to attempt a
7 foreclosure sale, resulting in a tenant revolt and refusal to pay. For the first time we experienced
8 damage and defacement of the property, which we are repairing. On January 26, 2011, I filed an
9 adversary proceeding against Mr. Ortega, Case No, 11-90034-MM, and dispute the entire debt.

10     5.    The property is necessary to effective reorganization. According to the income
11 analysis on page 8 of the appraisal report, Exhibit C to the Motion, forecasted rents produce Net
12 Annual Income of $50,709 which at a 7.75% interest rate under the promissory note, results in a
13 debt coverage ratio of 1.12%, with monthly positive cash flow of $4,500, to be conservative, to
14 allocate to other obligations. Movant has a built-in risk factor of a 7.75% rate under the note,
15 whereas 6% could be a fair rate.

16     6.    I respectfully request that the automatic stay be maintained at least until I can
17 propose a plan of reorganization within 90 days.

18 I declare under penalty of perjury that the foregoing is true and correct and that this
19 declaration was executed on February 18, 2010 at Chula Vista, California.

                                                /s/ Sylvia Jimenez_____
                                               Sylvia Jimenez

ST. JOHN LAW OFFICES
309 SOUTH A STREET
OXNARD CA 93030-5084
TEL 805.486.8000