# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | SYLVIA JIMENEZ |
| **Case Number:** | 10-18065-MM11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MARCH 03, 2011 03:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matters:

1) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 2/3/11)

2) MOTION FOR RELIEF FROM STAY, RS #JCK-1 FILED BY HOME BANK OF CALIFORNIA

### Appearances:

DAVID ST. JOHN, ATTORNEY FOR SYLVIA JIMENEZ
DAVID HUFFMAN, ATTORNEY FOR HOME BANK OF CALIFORNIA
MARTY TESTERMAN, ATTORNEY FOR U.S. TRUSTEE
SYLVIA JIMENEZ

### Disposition:

1 & 2) Continued to 3/30/11 @ 3:00 PM, Department 1.
2) Adequate protection payments to be made.  Additional briefing due by 3/23/11, with reply due by 3/28/11.