| | | |
|---|---|---|
| NTF<br>Rev. 11/07 | **United States Bankruptcy Court**<br>Southern District of California<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991 | Telephone: 619–557–5620<br>Website: www.casb.uscourts.gov<br>Hours: 9:00am–4:00pm Monday–Friday |

**Sylvia Jimenez**
 410 Montgomery Street
Chula Vista, CA 91911–5713
xxx–xx–7461
*No Known Aliases*

Case number:  10–18065–MM11
Chapter:   11
Judge  Margaret M. Mann

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **87** filed on: **3/14/11**    Title of Document: **Opposition to Motion for Relief from Automatic Stay, Objection to Motion for Relief from Stay and Conditional Counter–Motion for Legal Fees and Expenses and Request for a Preliminary Hearing, Points and Authorities Request for Hearing on Motion For Relief from Automatic Stay RS # pd2**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Other reason––See OTHER section below.**

**ACTION TAKEN BY COURT**

☑ Aty/Debtor(Pro Se)/Movant contacted on **3/24/11**    via  ☐ Tel/Voice Mail     ☐ Email   ☑ Mail or Other

**ACTION REQUIRED BY FILER**

**Other action––See OTHER section below.**

**OTHER: 1. Please use the appropriate fields when docketing your pleadings. The request for hearing should be filed under the applicable noticing filed.**
**2. The Opposition is a separate docket entry and then linked to the Request for Notice. Please see the Attorney On–Line Manual for further reference.**

Dated: 3/15/11

Barry K. Lander
Clerk of the Bankruptcy Court