NTF
Rev. 11/07

## United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Sylvia Jimenez**
410 Montgomery Street
Chula Vista, CA 91911–5713
xxx–xx–7461
*No Known Aliases*

Case number:  10–18065–MM11
Chapter:  11
Judge  Margaret M. Mann

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **88** filed on: **3/14/11**    Title of Document: **Declaration of Sylvia Jimenez in Support of Objection to Motion for Relief from Stay and Conditional Counter–Motion for Legal Fees and Expenses**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Other reason––See OTHER section below.**

**ACTION TAKEN BY COURT**

☑ Aty/Debtor(Pro Se)/Movant contacted on **3/15/11**    via ☐ Tel/Voice Mail    ☐ Email  ☑ Mail or Other

**Other action––See OTHER section below.**

**ACTION REQUIRED BY FILER**

**Other action––See OTHER section below.**

**OTHER: The Declaration was filed in the Motion field. It should be docketed under the Response/Declaration field.**

**Please see the Attorney On–Line Manual located at www.casb.uscourts.gov for further reference.**

Dated: 3/15/11

Barry K. Lander
Clerk of the Bankruptcy Court