# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | SYLVIA JIMENEZ |
| **Case Number:** | 10-18065-MM11    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 16, 2011 03:00 PM    DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

MOTION FOR RELIEF FROM STAY, RS #PD-1 FILED BY U.S. BANK

### Appearances:

DAVID ST. JOHN, ATTORNEY FOR SYLVIA JIMENEZ
CASPER RANKIN, ATTORNEY FOR U.S. BANK

### Disposition:

Continued to 4/28/11 @ 2:00 PM, Department 1.

Taken under submission. Adequate protection payments to be made to the lender.